# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　Joseph J. Siano,<br>　　　　　　　　Debtor. | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, NA, as Trustee, on behalf of the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR4, Mortgage Pass Through Certificates, Series 2007-AR4,<br>　　　　　　　Movant,<br>vs.<br>Joseph J. Siano,<br>　　　　　Debtor / Respondent,<br>and<br>William C. Miller,<br>　　　　　Trustee / Respondent. | Case No.: 14-19729-mdc<br><br>Hearing Date: May 17, 2017<br>Time: 12:00 p.m.<br>Location: Courtroom 2 |

\* \* \* \* \* \* \*

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

　　Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, NA, as Trustee, on behalf of the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR4, Mortgage Pass Through Certificates, Series 2007-AR4 has filed a Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

　　**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

　　1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **May 11, 2017**, you or your attorney must do <u>all</u> of the following:

　　　　(a)　　file an answer explaining your position at:

　　　　　　United States Bankruptcy Court
　　　　　　Eastern District of Pennsylvania
　　　　　　Office of the Clerk
　　　　　　900 Market Street
　　　　　　Philadelphia, PA 19107

　　　　(b)　　mail a copy to the Movant's attorney:

        Matthew C. Waldt, Esquire
        Milstead & Associates, LLC
        1 East Stow Road
        Marlton, NJ 08053
        Phone No.: 856-482-1400
        Fax No.: 856-482-9190

(c)    mail a copy to the Chapter 13 Trustee:

        William C. Miller
        Chapter 13 Trustee
        1234 Market Street
        Suite 1813
        Philadelphia, PA 19107

2.    If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **May 17, 2017 at 12:00 p.m.** in Courtroom 2, 900 Market Street, Philadelphia, PA 19107.

4.    If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at 215-408-2978 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

        Respectfully submitted,
        MILSTEAD & ASSOCIATES, LLC

DATED: April 24, 2017

        /s/Matthew C. Waldt
        Matthew C. Waldt, Esquire
        Attorney ID No. 203308
        mwaldt@milsteadlaw.com
        1 East Stow Road
        Marlton, NJ 08053
        Attorneys for Movant