# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Joseph J. Siano,<br><br>                Debtor | Chapter 13<br><br>Case No.: 14-19729-mdc |
| Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, NA, as Trustee, on behalf of the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR4, Mortgage Pass Through Certificates, Series 2007-AR4,<br>                Movant,<br>vs.<br>Joseph J. Siano,<br>                Debtor / Respondent,<br>and<br>William C. Miller,<br>                Trustee / Respondent. | |

**ORDER**

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on May 15, 2017 with regard to the above matter is APPROVED.

June 5, 2017

_____
Hon. Magdeline D. Coleman, U.S.B.J.

200267-1