United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 14-19729-mdc
Joseph J. Siano                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1              Date Rcvd: Jun 05, 2017
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2017.
db              +Joseph J. Siano,    262 Leedom Way,    Newtown, PA 18940-2334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2017 at the address(es) listed below:
      CAROL B. MCCULLOUGH    on behalf of Debtor Joseph J. Siano mcculloughheisenberg@gmail.com,
       G25217@notify.cincompass.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   Wells Fargo Bank, NA, as Trustee, on behalf of the
       holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust
       2007-AR4, Mortgage Pass Through Certificates, Series bkgroup@kmllawgroup.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor   The Bank of New York Mellon, as Trustee
       mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing
       agent for Wells Fargo Bank, NA mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC.
       mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
      STEFAN RICHTER    on behalf of Creditor   Liberty Square Condominium Assocation
       srichter@clemonslaw.com
      STEFAN RICHTER    on behalf of    Newtown Station Condominium Association srichter@clemonslaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                  TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Joseph J. Siano,<br><br>                    Debtor<br>_____<br>Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, NA, as Trustee, on behalf of the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR4, Mortgage Pass Through Certificates, Series 2007-AR4,<br>                    Movant,<br>vs.<br>Joseph J. Siano,<br>                    Debtor / Respondent,<br>and<br>William C. Miller,<br>                    Trustee / Respondent. | Chapter 13<br><br>Case No.: 14-19729-mdc |

## ORDER
_____

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on May 15, 2017 with regard to the above matter is APPROVED.

June 5, 2017                    _____

                                Hon. Magdeline D. Coleman, U.S.B.J.

200267-1