## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

JOSEPH J. SIANO : NO. 14-19729 MDC

### ORDER

AND NOW, this 6th day of July, 2017, upon consideration of the Modification of Chapter 13 Plan After Confirmation, any responses thereto, and a hearing on the matter, it is hereby

ORDERED AND DECREED that the Modification of the Chapter 13 Plan After Confirmation be and it is hereby APPROVED.

BY THE COURT:

_Magdeline D. C_____
BANKRUPTCY JUDGE