## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Joseph J. Siano,<br><br>                        Debtor. | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, NA, as Trustee, on behalf of the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR4, Mortgage Pass Through Certificates, Series 2007-AR4,<br>                      Movant,<br>vs.<br>Joseph J. Siano,<br>               Debtors / Respondents,<br>and<br>William C. Miller,<br>               Trustee / Respondent. | Case No.: 14-19729-mdc |

### ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this __11th__ day of ____July____, 20_19_____, it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, NA, as Trustee, on behalf of the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR4, Mortgage Pass Through Certificates, Series 2007-AR4 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Joseph J. Siano, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 447E Penn Street, Newtown, PA 1 8940;

**ORDERED** that Movant shall be permitted to communicate with the Debtor, and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:    Andrew M. Lubin, Esquire
        Carol B. Mccullough, Esquire
        William C. Miller, Trustee
        Joseph J. Siano