United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-19729-mdc
Joseph J. Siano                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey            Page 1 of 2            Date Rcvd: Jul 11, 2019
                          Form ID: pdf900         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.
db          +Joseph J. Siano,    262 Leedom Way,    Newtown, PA 18940-2334
cr          +Liberty Square Condominium Assocation,    975 Easton Road,    Suite 102,
              Warrington, PA 18976-1858
NONE        +Newtown Station Condominium Association,    c/o Stefan Richter, Esquire,    107 E. Oakland Ave,
              Doylestown, PA 18901-4610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Jul 12 2019 11:05:30     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2019 11:05:07
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2019 11:05:27     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 03:02:02     Synchrony Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee, on behalf of the
               holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust
               2007-AR4 alubin@milsteadlaw.com, bkecf@milsteadlaw.com
              CAROL B. MCCULLOUGH    on behalf of Debtor Joseph J. Siano mcculloughheisenberg@gmail.com,
               cbmccullough64@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee, on behalf of the
               holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust
               2007-AR4, Mortgage Pass Through Certificates, Series bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Wells Fargo Bank, NA mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon, as Trustee
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee, on behalf of
               the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding,
               Trust 2007-AR4, Mortgage Pass Through Certificates, Series mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee, on behalf of
               the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding,
               Trust 2007-AR4, Mortgage Pass Through Certificates, Series mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              STEFAN   RICHTER    on behalf of    Newtown Station Condominium Association srichter@clemonslaw.com
              STEFAN   RICHTER    on behalf of Creditor    Liberty Square Condominium Assocation
               srichter@clemonslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2            User: Stacey                Page 2 of 2                  Date Rcvd: Jul 11, 2019
                                Form ID: pdf900             Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
      TOTAL: 13

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Joseph J. Siano,<br><br>                       Debtor. | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, NA, as Trustee, on behalf of the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR4, Mortgage Pass Through Certificates, Series 2007-AR4,<br>                       Movant,<br>vs.<br>Joseph J. Siano,<br>                       Debtors / Respondents,<br>and<br>William C. Miller,<br>                       Trustee / Respondent. | Case No.: 14-19729-mdc |

### ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this __11th__ day of __July__, 20_19_____, it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, NA, as Trustee, on behalf of the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR4, Mortgage Pass Through Certificates, Series 2007-AR4 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Joseph J. Siano, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 447E Penn Street, Newtown, PA 1 8940;

**ORDERED** that Movant shall be permitted to communicate with the Debtor, and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:    Andrew M. Lubin, Esquire
        Carol B. Mccullough, Esquire
        William C. Miller, Trustee
        Joseph J. Siano