Certificate Number: 15317-PAE-DE-033499837

Bankruptcy Case Number: 14-19729



15317-PAE-DE-033499837

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 2, 2019</u>, at <u>9:36</u> o'clock <u>PM PDT</u>, <u>Joseph J Siano</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>October 2, 2019</u>          By:   <u>/s/Lea Sorino</u>

                                     Name:  <u>Lea Sorino</u>

                                     Title:  <u>Counselor</u>