IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    : CHAPTER 13

JOSEPH SIANO
                                                          : CASE   NO   14-19729   MDC

## ORDER

AND NOW, this 12th day of December, 2019, upon consideration of the Modification of Chapter 13 Plan After Confirmation, any responses thereto, and a hearing on the matter, it is hereby

FURTHER ORDERED AND DECREED that the Modification of the Chapter 13 Plan After Confirmation be and it is hereby APPROVED,

                                    BY THE COURT:

                                    _____
                                    BANKRUPTCY JUDGE