```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                           Case No. 14-19729-mdc
Joseph J. Siano                                                  Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Dec 13, 2019
                              Form ID: pdf900          Total Noticed: 7
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db             +Joseph J. Siano,    262 Leedom Way,    Newtown, PA 18940-2334
cr             +Liberty Square Condominium Assocation,    975 Easton Road,   Suite 102,
                 Warrington, PA 18976-1858
NONE           +Newtown Station Condominium Association,    c/o Stefan Richter, Esquire,   107 E. Oakland Ave,
                 Doylestown, PA 18901-4610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 14 2019 02:56:47     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2019 02:56:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2019 02:56:38     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2019 02:59:43     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                             TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee, on behalf of the
               holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust
               2007-AR4 alubin@milsteadlaw.com, bkecf@milsteadlaw.com
              CAROL B. MCCULLOUGH    on behalf of Debtor Joseph J. Siano mcculloughheisenberg@gmail.com,
               cbmccullough64@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee, on behalf of the
               holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust
               2007-AR4, Mortgage Pass Through Certificates, Series bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Wells Fargo Bank, NA mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon, as Trustee
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee, on behalf of
               the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding,
               Trust 2007-AR4, Mortgage Pass Through Certificates, Series mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee, on behalf of
               the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding,
               Trust 2007-AR4, Mortgage Pass Through Certificates, Series mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              STEFAN RICHTER    on behalf of    Newtown Station Condominium Association srichter@clemonslaw.com
              STEFAN RICHTER    on behalf of Creditor    Liberty Square Condominium Assocation
               srichter@clemonslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2              Date Rcvd: Dec 13, 2019
                              Form ID: pdf900           Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
        TOTAL: 13

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

JOSEPH SIANO

: CASE NO 14-19729 MDC

## ORDER

AND NOW, this 12th day of December, 2019, upon consideration of the Modification of Chapter 13 Plan After Confirmation, any responses thereto, and a hearing on the matter, it is hereby

FURTHER ORDERED AND DECREED that the Modification of the Chapter 13 Plan After Confirmation be and it is hereby APPROVED,

BY THE COURT:

_Magdeline D. C_____
BANKRUPTCY JUDGE