United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 14-19729-mdc
Joseph J. Siano                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: SaraR           Page 1 of 2           Date Rcvd: Apr 16, 2020
                          Form ID: 138NEW       Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
```
db              +Joseph J. Siano,    262 Leedom Way,    Newtown, PA 18940-2334
cr              +Liberty Square Condominium Assocation,    975 Easton Road,    Suite 102,
                  Warrington, PA 18976-1858
NONE            +Newtown Station Condominium Association,    c/o Stefan Richter, Esquire,    107 E. Oakland Ave,
                  Doylestown, PA 18901-4610
13453473        +Bank of NY Mellon (Nationstar),    Mail Stop #SV-103,    1800 TAPO Canyon Road,,
                  Simi Valley, CA 93063-6712
13496885        +Bank of NY Mellon (Nationstar),    C/O McCabe Weisberg & Conway,    123 South Broad Street,
                  Philadelphia, PA 19109-1029
13496886        +Berks Credit & Collection,    PO Box 2171,    Sinking Spring, PA 19608-0171
13453474         Bucks County Clerk Of Court,    Criminal Division,    Adminstration Building, 4th Floor,
                  Doylestown, PA  18901
13453475         Bucks County Clerk Of Courts,    Criminal Division, Adminstration,    Building , 4th Floor,
                  Doylestown, PA  18901
13496891         Commonwealth Of Pa,    Bureau Of UC Benefits And Allowances,    Po Box 67503,
                  Harrisburg, PA  17106-7503
13496892        +Eastern Diversified Services,    Weber Kracht & Chellew,    847 West Market Street , PO BOX 258,
                  Perkasie, PA 18944-0258
13496893        +Fia Card Service,    P.O. Box 15137,    Wilmington, DE 19850-5137
13453476        +G.H. Harris & Associates, Inc.,    P.O. Box 216,    Dallas, PA 18612-0216
13453477        +Liberty Square Condominium Assoc.,    975 Easton Raod , Ste. 102,    Warrington, PA 18976-1858
13496895        +Liberty Square Condominium Assoc.,    C/O Gavin Laboski, Esquire,    975 Easton Raod,
                  Warrington, PA 18976-1858
13617308        +McCullough Eisenberg, LLC.,    65 West Street Road,    Suite A-204,    Warminster, PA 18974-3229
13496897         Newtown Athletic Club,    209 Penns Trail,    Newtown, PA  18940
13453478        +Newtown Station Condominium Assoc,    C/O Clemons Richter & Reiss,    107 E. Oakland Avenue,
                  Doylestown, PA 18901-4610
13527014        +Office of UC Benefits Policy,    Department of Labor & Industry,    Office of Chief Counsel,
                  651 Boas Street, 10th Floor,    Harrisburg,PA 17121-0751
13496902        +Wells Fargo Bank,    C/O Milstead & Associates,    1 E. Stow Road,    Marlton, NY 08053-3118
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:01:00     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:37     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:03:29     Synchrony Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
13496889        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2020 05:04:54     Capital One  Bank,
                  P.O. Box 30253,    Salt Lake City, UT 84130-0253
13496890         E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 17 2020 05:03:34     Chase,   PO Box 15652,
                  Wilmington, DE  19886
13496896         E-mail/Text: mmrgbk@miramedrg.com Apr 17 2020 05:00:19     MiraMed Revenue Group,
                  Po Box 77304,    Detriot, MI  48277-0304
13453479         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:05:01
                  Portfolio Recovery,    120 Corporate Boulevard,    Norfolk, VA  23502
13507839         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:06:23
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13520907         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 05:00:07
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
13463091         E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2020 05:03:44
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
13453480        +E-mail/Text: jennifer.chacon@spservicing.com Apr 17 2020 05:01:26     Sps Portfolio Servicing,
                  Po Box 65250,    Salt Lake City, UT 84165-0250
13496899        +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:04:43     Syncb/Care Credit,
                  Po Box 965036,    Orlando, FL 32896-5036
13496900        +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:06:02     Syncb/Lowes,   Po Box 956005,
                  Orlando, FL 32896-0001
13496901        +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:03:29     Syncb/Sams,   Po Box 965005,
                  Orlando, FL 32896-5005
13565218         E-mail/Text: jennifer.chacon@spservicing.com Apr 17 2020 05:01:26
                  Wells Fargo Bank, NA, as Trustee,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                  Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 15
```

```
District/off: 0313-2         User: SaraR                 Page 2 of 2              Date Rcvd: Apr 16, 2020
                             Form ID: 138NEW             Total Noticed: 34
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13496887*       Bucks County Clerk Of Court,   Criminal Division,   Adminstration Building, 4th Floor,
                 Doylestown, PA 18901
13496888*       Bucks County Clerk Of Courts,   Criminal Division, Adminstration,   Building , 4th Floor,
                 Doylestown, PA 18901
13496894*      +G.H. Harris & Associates, Inc.,   P.O. Box 216,   Dallas, PA 18612-0216
13496898*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,   120 Corporate Boulevard,   Norfolk, VA  23502)
                                                                                     TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee, on behalf of the
               holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust
               2007-AR4 alubin@milsteadlaw.com,   bkecf@milsteadlaw.com
              CAROL B. MCCULLOUGH    on behalf of Debtor Joseph J. Siano mcculloughheisenberg@gmail.com,
               cbmccullough64@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee, on behalf of the
               holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust
               2007-AR4, Mortgage Pass Through Certificates, Series bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee, on behalf of
               the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding,
               Trust 2007-AR4, Mortgage Pass Through Certificates, Series mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Wells Fargo Bank, NA mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon, as Trustee
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee, on behalf of
               the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding,
               Trust 2007-AR4, Mortgage Pass Through Certificates, Series mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              STEFAN RICHTER    on behalf of Creditor    Liberty Square Condominium Assocation
               srichter@clemonslaw.com
              STEFAN RICHTER    on behalf of    Newtown Station Condominium Association srichter@clemonslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Joseph J. Siano

       Debtor(s)

Bankruptcy No: 14–19729–mdc

Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                              For The Court
                              Timothy B. McGrath
                              Clerk of Court

Dated: 4/16/20

                                            132 – 131
                                        Form 138_new