United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-19729-mdc
Joseph J. Siano                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: SaraR          Page 1 of 2          Date Rcvd: Jun 01, 2020
                              Form ID: 3180W       Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2020.
db             +Joseph J. Siano,    262 Leedom Way,    Newtown, PA 18940-2334
13496892       +Eastern Diversified Services,    Weber Kracht & Chellew,    847 West Market Street , PO BOX 258,
                Perkasie, PA 18944-0258
13453477       +Liberty Square Condominium Assoc.,    975 Easton Raod , Ste. 102,    Warrington, PA 18976-1858
13617308       +McCullough Eisenberg, LLC.,    65 West Street Road,    Suite A-204,    Warminster, PA 18974-3229
13527014       +Office of UC Benefits Policy,    Department of Labor & Industry,    Office of Chief Counsel,
                651 Boas Street, 10th Floor,    Harrisburg,PA 17121-0751


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 02 2020 04:21:20     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 02 2020 04:21:04     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13507839        EDI: PRA.COM Jun 02 2020 07:58:00     Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk VA 23541
13520907        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 02 2020 04:20:39
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
13565218        E-mail/Text: jennifer.chacon@spservicing.com Jun 02 2020 04:21:41
                Wells Fargo Bank, NA, as Trustee,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
                                                                          TOTAL: 5


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                          TOTALS: 0, * 1, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
            ANDREW M. LUBIN    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee, on behalf of the
             holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust
             2007-AR4 alubin@milsteadlaw.com,    bkecf@milsteadlaw.com
            CAROL B. MCCULLOUGH    on behalf of Debtor Joseph J. Siano mcculloughheisenberg@gmail.com,
             cbmccullough64@gmail.com
            MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee, on behalf of the
             holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust
             2007-AR4, Mortgage Pass Through Certificates, Series bkgroup@kmllawgroup.com
            MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee, on behalf of
             the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding,
             Trust 2007-AR4, Mortgage Pass Through Certificates, Series mwaldt@milsteadlaw.com,
             bkecf@milsteadlaw.com
            MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
             agent for Wells Fargo Bank, NA mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
            MATTHEW CHRISTIAN WALDT    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.
             mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
            MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon, as Trustee
             mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com

District/off: 0313-2          User: SaraR            Page 2 of 2              Date Rcvd: Jun 01, 2020
                             Form ID: 3180W          Total Noticed: 10


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee, on behalf of
           the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding,
           Trust 2007-AR4, Mortgage Pass Through Certificates, Series mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          STEFAN  RICHTER    on behalf of Creditor    Liberty Square Condominium Assocation
           srichter@clemonslaw.com
          STEFAN  RICHTER    on behalf of    Newtown Station Condominium Association srichter@clemonslaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 **Joseph J. Siano** | | Social Security number or ITIN **xxx–xx–7437** |
| First Name   Middle Name   Last Name | | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN _ _ _ _ |
| First Name   Middle Name   Last Name | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | | |
| Case number: **14–19729–mdc** | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph J. Siano

<u>6/1/20</u>

**By the court:**   <u>Magdeline D. Coleman</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W

**Chapter 13 Discharge**

page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---