United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 14-19729-mdc
Joseph J. Siano                                           Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: SaraR              Page 1 of 1           Date Rcvd: Jun 04, 2020
                               Form ID: 195             Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2020.
```
db             +Joseph J. Siano,   262 Leedom Way,   Newtown, PA 18940-2334
cr             +Liberty Square Condominium Assocation,   975 Easton Road,   Suite 102,
                Warrington, PA 18976-1858
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2020 03:10:28      Synchrony Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2020 at the address(es) listed below:
```
              ANDREW M. LUBIN    on behalf of Creditor   Wells Fargo Bank, NA, as Trustee, on behalf of the
               holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust
               2007-AR4 alubin@milsteadlaw.com,   bkecf@milsteadlaw.com
              CAROL B. MCCULLOUGH    on behalf of Debtor Joseph J. Siano mcculloughheisenberg@gmail.com,
               cbmccullough64@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Wells Fargo Bank, NA, as Trustee, on behalf of the
               holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust
               2007-AR4, Mortgage Pass Through Certificates, Series bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   The Bank of New York Mellon, as Trustee
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Wells Fargo Bank, NA, as Trustee, on behalf of
               the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding,
               Trust 2007-AR4, Mortgage Pass Through Certificates, Series mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Wells Fargo Bank, NA, as Trustee, on behalf of
               the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding,
               Trust 2007-AR4, Mortgage Pass Through Certificates, Series mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing
               agent for Wells Fargo Bank, NA mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC.
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              STEFAN   RICHTER    on behalf of    Newtown Station Condominium Association srichter@clemonslaw.com
              STEFAN   RICHTER    on behalf of Creditor   Liberty Square Condominium Assocation
               srichter@clemonslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Joseph J. Siano : Case No. 14–19729–mdc
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , June 4, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

136
Form 195